# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALLACE DEEN-MITCHELL,** | : | CIVIL ACTION NO. 1:11-CV-01902 |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **HARLEY G. LAPPIN** and | : | |
| **FEDERAL BUREAU OF PRISONS,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of September, 2013, upon consideration of the *pro se* motion for recusal of United States District Court Judge Christopher C. Conner and United States District Court Judge Malachy E. Mannion, or, in the alternative, reassignment of the case (Doc. 111), filed by plaintiff Wallace Deen-Mitchell on July 25, 2013, and it appearing that Deen-Mitchell's motion does not focus on any personal bias or prejudice of the court, but rather the judgment of the United States Court of Appeals for the Third Circuit vacating and remanding the matter for further proceedings (Doc. 108), and the court noting that grounds for recusal must derive from an "extrajudicial source" beyond the proceedings of the subject case, see Liteky v. United States, 510 U.S. 540, 554 (1994), and the court concluding that Deen-Mitchell's motion arises from the prior proceedings of the subject case, it is hereby ORDERED that the motion (Doc. 111) for recusal is DENIED.

/S/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
Chief Judge, Middle District of Pennsylvania