## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALLACE DEEN-MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY G. LAPPIN, et al.,<br><br>　　　　　Defendants | CIVIL ACTION NO. 1:11-CV-01902<br><br>(CONNER, C.J.)<br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 2nd day of June, 2014, upon the United States' motion to remove Plaintiff's *in forma pauperis* status (Doc. 125), it is hereby ORDERED as follows:

1. The motion to remove Plaintiff's *in forma pauperis* status (Doc. 125) is **GRANTED**; and

2. Plaintiff shall pay the applicable filing fee in full within thirty (30) days of the date of this Court's order or dismissal of this action will be recommended.

**Dated: June 2, 2014**　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**