# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALLACE DEEN-MITCHELL,** : | CIVIL ACTION NO. 1:11-CV-1902 |
| : | |
| **Plaintiff** : | (Chief Judge Conner) |
| : | |
| v. : | |
| : | |
| **HARLEY G. LAPPIN** and : | |
| **FEDERAL BUREAU OF PRISONS,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 18th day of October, 2019, upon consideration of the report (Doc. 199) of Magistrate Judge Martin C. Carlson, recommending that the court dismiss the above-captioned matter for failure to pay the filing fee, and it appearing that no party has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge

Carlson's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 199) of Magistrate Judge Carlson is ADOPTED.

2. The above-captioned matter is DISMISSED due to plaintiff's failure to pay the filing fee.

3. The Clerk of Court shall CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania